# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    : No. 369 WAL 2014
                                 :
                    Respondent   : Petition for Allowance of Appeal from the
                                 : Order of the Superior Court
                                 :
            v.                   :
                                 :
                                 :
                                 :
TIMOTHY JAMES MATTESON,          :
                                 :
                    Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.